IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Western Division

FILED BY _AL_ D.C.
05 OCT 19 AM 9: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                 Case No. 04-20327

Michael Todd Cochran

## ORDER REFUNDING CASH APPEARANCE BOND

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $1,000.00, payable to Donna Cochran at 4132 Mt. Carmel Rd., Covington, TN 38019 in full refund of the cash appearance bond posted herein.

                                                      _____
                                                      United States District Judge

Approved.
Thomas M. Gould, Clerk of Court
BY: _____
Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-21-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:04-CR-20327 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT